EDGAR LESLIE, INC., Appellant, v. GEORGE MCCLENNON and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

EDGAR LESLIE, INC., Appellant, v. GEORGE MCCLENNON and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MARIE EBERTH, Respondent, v. COLUMBIA MORTGAGE COMPANY, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch and McAvoy, JJ.

ADRICO REALTY CORPORATION, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MORRIS GEWIRTZMAN, an Infant, by ISIDORE GEWIRTZMAN, His Guardian ad Litem, Respondent, v. BARNET SCHNEIDER and Another, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ISIDORE GEWIRTZMAN, Respondent, v. BARNET SCHNEIDER and Another, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ARTHUR H. LAMBORN and Others, Respondents, v. FEDERAL SUGAR REFINING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.; Merrell, J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOE HERMAN, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

ELEANOR GENEVIEVE CASSEBEER, Respondent, v. HENRY ARTHUR CASSEBEER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

BERTHA ROSE and Another, Appellants, v. THE GREAT ATLANTIC AND PACIFIC TEA COMPANY, Defendant, Impleaded with ANTON WEINIG, Respondent.— The death of the individual defendant having been suggested to the court by affidavit, it is ordered that the action as to said individual defendant be marked abated. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

BERTHA ROSE and Another, Appellants, v. THE GREAT ATLANTIC AND PACIFIC TEA COMPANY, Respondent, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.; Dowling, P. J., and McAvoy, J., dissent and vote for reversal.